96–978.  State v. Smith.  *Summit County,* No. 16910.  On motion for leave to file delayed appeal.  Motion granted.

DOUGLAS, F.E. SWEENEY and COOK, JJ., dissent.

96–1141.  State v. Kleve.  *Hamilton County,* Nos. C–950382, C–950383 and C–950384.  On motion for stay of execution.  Motion denied.

## DISCRETIONARY APPEALS ALLOWED

96–147.  Dublin v. Callahan.  *Franklin County,* No. 95APC08–963.  *Sua sponte,* cause held for the decision in 95–1377 and 95–1466, *State v. Gustafson,* Mahoning County, No. 94 C.A. 232;  briefing schedule stayed.

96–159.  Hitchings v. Weese.  *Holmes County,* No. 95CA539.  *Sua sponte,* cause held for the decision in 95–1222, *Byrnes v. LCI Communication Holdings Co.,* Franklin County, Nos. 94APE09–1372 and 94AP09–1396;  briefing schedule stayed.

96–172.  Columbus v. Squeo.  *Franklin County,* No. 95APC08–990.  *Sua sponte,* cause held for the decision in 95–1377 and 95–1466, *supra;*  briefing schedule stayed.

96–474.  In re Graybill/Rowe Children.  *Stark County,* No. 95CA0109.  Discretionary appeal allowed;  *sua sponte,* cause consolidated with 96–475, *supra,* and cause held for the decision in 95–941, 95–942, 95–1213, 95–1510 and 95–1688, *In re Young Children,* Stark County, No. 94CA0198, et al.;  briefing schedule stayed.